Michelle L. Roberts (SBN: 239092)
mroberts@kantorlaw.net
KANTOR & KANTOR, LLP
1050 Marina Village Pkwy., Suite 105
Alameda, California 94501
Telephone: (510) 992-6130
Facsimile: (510) 280-7564

Glenn R. Kantor (SBN: 122643)
gkantor@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, California 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff,
Alfreda Scott

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDA SCOTT,<br><br>     Plaintiff,<br><br>  vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>     Defendant. | CASE NO.: 3:18–cv–02618–RS<br><br>STIPULATION DISMISSING ACTION WITH PREJUDICE AND [PROPOSED] ORDER |

IT IS HEREBY STIPULATED by and between the Plaintiff Alfreda Scott and Defendant Life Insurance Company of North America by and through their respective attorneys of record, that the above captioned action shall be, and hereby is, dismissed with prejudice as to all parties and claims, pursuant to Federal Rules of Civil Procedure 41(a)(I)(A)(ii). Each party shall bear its own fees and costs.

//
//
//
//
//

All signatories to this Stipulation, and all parties on whose behalf the filing is submitted, concur with the Stipulation's content and have authorized its filing.

DATED: August 20, 2018      KANTOR & KANTOR, LLP

By: */s/ Michelle L. Roberts*
Michelle L. Roberts
Attorneys for Plaintiff,
Alfreda Scott

DATED: August 20, 2018      BURKE, WILLIAMS & SORENSEN, LLP.

By: */s/ Michael B. Bernacchi*
Daniel W. Maguire
Michael B. Bernacchi
Attorneys for Defendant,
Life Insurance Company of North America

### ~~[PROPOSED]~~ ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

IT IS HEREBY ORDERED that pursuant to the parties' Stipulation for Dismissal of Action with Prejudice and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action shall be, and hereby is dismissed with prejudice in its entirety as to all claims and parties. Each party shall bear

X 8/22/18

District Judge Richard Seeborg